IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PATRICK KELLY ANKROM,                      Case No. 3:15-cv-00682-MA

           Petitioner,                                          ORDER

v.

MARION FEATHER, Warden,
FCI Sheridan,

           Respondent.

**MARSH, Judge.**

Petitioner's motion for voluntary dismissal (ECF No. 24) is GRANTED. This proceeding is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this __3__ day of December, 2015.

                                                            *Malcolm F. Marsh*
                                                            Malcolm F. Marsh
                                                            United States District Judge

1 - ORDER